

IN THE
TENTH COURT OF APPEALS

_____

No. 10-11-00249-CV

IN RE CAROL ADAMS

_____

Original Proceeding

MEMORANDUM OPINION

Relator has filed a motion to dismiss the petition for mandamus and request for emergency relief filed in this Court on July 1, 2011 because the issues have become moot. Accordingly, the petition for mandamus and request for emergency relief are hereby dismissed.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Dismissed
Opinion delivered and filed July 20, 2011
[OT06]